UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------X
BORUCH OKOWITA,                                  Civil Action No.:

               Plaintiff,                    **COMPLAINT FOR
VIOLATIONS OF THE
TELEPHONE CONSUMER
PROTECTION ACT**

   -against-
                                                 **DEMAND FOR JURY TRIAL**

HALSTED FINANCIAL SERVICES, LLC,

               Defendant.
------------------------------------------------------------X

Plaintiff BORUCH OKOWITA ("Plaintiff"), by and through his attorneys, The Law Office of Alan J. Sasson, P.C., as and for his Complaint against the Defendant HALSTED FINANCIAL SERVICES, LLC, hereinafter referred to as Defendant, respectfully sets forth, complains and alleges, upon information and belief, the following:

### INTRODUCTION/PRELIMINARY STATEMENT

1.     Plaintiff brings this action on his own behalf for damages and declaratory and injunctive relief arising from the Defendant's violation(s) under Title 47 of the United States Code, §227 commonly known as the Telephone Consumer Protection Act (TCPA).

### PARTIES

2.     Plaintiff is a resident of the State of New Jersey, residing at 950 Woodland Drive, Lakewood NJ 08701.

3.     Defendant HALSTED FINANCIAL SERVICES, LLC, is an Indiana company with its address at 1822 North Ridge Avenue, Evanston, Illinois 60201.

**JURISDICTION AND VENUE**

4.      The Court has jurisdiction over this matter pursuant to 28 USC §1331.

5.      Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(2).

**FACTUAL ALLEGATIONS**

6.      Plaintiff repeats, reiterates and incorporates the allegations contained in paragraphs numbered "1" through "5" herein with the same force and effect as if the same were set forth at length herein.

7.      On information and belief, on a date better known to Defendant, Defendant began its campaign of communicating with the Plaintiff and seeking a "Penny Rodriguez" via the use of an automated telephone dialing system and prerecorded messages sometime in January of 2014 by calling his cell phone (848-525-2678) over thirty (30) times according to Plaintiff's phone records.

8.      The Defendant called from the number of (201)254-0222, amongst other numbers, which numbers belongs to Defendant.

9.      Plaintiff has no relationship with this company, does not know any "Penny Rodriguez" and asked them to stop contacting him.  The Plaintiff did not give the Defendant permission to call his cell phone.

10.      By placing auto-dialed calls and prerecorded messages to the Plaintiff's cell phone, the Defendant violated 47 USC §227(b)(A)(iii) which prohibits using any automated telephone dialing system or an artificial prerecorded voice to any telephone number assigned to a cellular telephone service when calling to the plaintiff's cell phone.

11.      The Defendant therefore willfully violated the TCPA over thirty times by placing calls to the Plaintiff's cell phone without his prior, express consent.

## FIRST CAUSE OF ACTION
### *(Violations of the TCPA)*

12.      Plaintiff repeats, reiterates and incorporates the allegations contained in paragraphs numbered "1" through "11" herein with the same force and effect as if the same were set forth at length herein.

13.      Defendant's debt collection efforts attempted and/or directed towards the Plaintiff violated various provisions of the TCPA, including but not limited to 47 USC §227(b)(A)(iii).

14.      As a result of Defendant's violations of the TCPA, Plaintiff has been damaged and is entitled to damages in accordance with the TCPA.

## DEMAND FOR TRIAL BY JURY

15.      Plaintiff hereby respectfully requests a trial by jury for all claims and issues in its Complaint to which it is or may be entitled to a jury trial.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against the Defendant as follows:

A.  For mandatory statutory damages of $500 each provided and pursuant to 47 USC §227(c)(2)(G)(3)(B), for all calls placed to the Plaintiff's cellular phone;

B.      Plaintiff requests enhanced trebled damages of $1,500 to be awarded to the Plaintiff per call, in accordance with the TCPA, for the Defendant's willful violations of the TCPA

C.      For any such other and further relief, as well as further costs, expenses and disbursements of this action, as this Court may deem just and proper.

Dated:        New York, New York
              April 10, 2014

Respectfully submitted,


LAW OFFICE OF ALAN J. SASSON, P.C.

By: /s/ Yitzchak Zelman_____
Yitzchak Zelman, Esq. (YZ5857)
ATTORNEYS FOR PLAINTIFF
1669 East 12 Street
Brooklyn, New York 11229
Phone: 718-339-0856
Fax: 347-244-7178
Email: yzelman@Sassonlaw.com


To:    HALSTED FINANCIAL SERVICES, LLC
       1822 North Ridge Avenue,
       Evanston, Illinois 60201

       Clerk,
       United States District Court, District of New Jersey
       *(For Filing Purposes)*